Jeffri DAVilA-REYES    2022 OCT -3 PM 12:30                    9-29-30
#05828-104              RE 'VED    Case No. 16-2089
                       US COURT  APPEALS
F.C.I RAybrook         FIRST CIRCUIT  Case No. 16-2143
P.O. Box 900           CLERK'S OFFICE
RAy Brook. N.Y. 12977

        To Whom it MAY CONCERN I HAVE RECIEVED
A calendaring NOTICE ISSUED August 3 2022. Based on a
United States court of Appeals for the first circuit. For the
court to conduct en banc oral argument in this case
by remote conference on tuesday October 18.2022 At 10 AM
I am currently in a SPECIAL housing unit At RAybrook. F.C.I
And I am limited to phones and my personal belonging As
Well. I Spoke to my counslor ms whitney and was told
this facility doesnt do or have. Remote confrence Room
for me to be present for my hearing. I would really
Appreciate some one can help ME in this matter for
me to be able to be present for this hearing Weather
in person via phone or video, or if possible contact
my lawyer Raymond Luis-Sanches Maceira. This is
Really important to ME. FEEl free to contact me at the
above address thank you for your time.


                              Respectfully

                              Jeffri Davila-reyes
                              05828-104

CC File.



Jeffri DAvila Reyes
05828-104
F.C.I RAYBrook
P.O. Box 900
RAYBrook, N.y. 12977

USMS SCREENED

ALBANY NY 120
30 SEP 2022 PM 1 L

Thinking

To: Maria R Hamilton. CLERK
office of the clerk
united states court of Appeals
John Joseph Moakley. U.S. courthouse
1 courthouse way - suite #2500
BOSTON. MA 02210

02210-302499

Case: 16-2089    Document: 00117928625    Page: 2    Date Filed: 10/03/2022    Entry ID: 6523902